UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, <br><br> Plaintiff, <br><br> v. <br><br> PARKER L. ANDERSON, KRISTA ANDERSON and IVY T. BOLERO, <br><br> Defendants. | Case No. 2:19-CV-49-RSL <br><br> MINUTE ORDER RENOTING MOTION ON COURT'S CALENDAR |

The following Minute Order is made and entered on the docket at the discretion of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On January 14, 2019, plaintiff filed a "Motion to Deposit Funds," Dkt. #4, but failed to include in the caption the date the motion is to be noted for consideration as required by Local Civil Rule 7(b)(2). The Clerk of Court is directed to note plaintiff's "Motion to Deposit Funds" on the Court's calendar for Friday, February 1. Any opposition shall be filed and served on plaintiff no later than 4:30 p.m. on Monday, January 28. Any reply shall be filed and served no later than 4:30 p.m. on Friday, February 1.

DATED this 18th day of January, 2019.

s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to the
Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION
TO DEPOSIT FUNDS - 1