# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARKER L. ANDERSON, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-CV-49-RSL<br><br>ORDER GRANTING MOTION TO DEPOSIT FUNDS |

This matter comes before the Court on plaintiff Sun Life Assurance Company of Canada's ("Sun Life") "Motion to Deposit Funds." Dkt. #4. The Court hereby ORDERS as follows:

1. Sun Life shall deposit $480,000 into the registry of the Court within fifteen days of the date of this Order.

2. The funds shall be accepted into the registry of the Court and placed into an interest-bearing account until further order of the Court.

3. The deposit of $480,000 may or may not reflect the total proceeds, including interest and applicable policy deductions, due and payable under Sun Life group policy 247163.

4. The deposit of $480,000 is not dispositive of any claim or defense asserted in this litigation.

ORDER GRANTING MOTION TO DEPOSIT FUNDS - 1

DATED this 25th day of February, 2019.

                                 *[signature]*
                                 Robert S. Lasnik
                                 United States District Judge