UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARKER L. ANDERSON, KRISTA ANDERSON and IVY BOLERO<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO.: 2:19-cv-00049-RSL |

STIPULATION TO EXTEND DEADLINE FOR
IVY BOLERO TO RESPOND TO COMPLAINT

Plaintiff, Sun Life Assurance Company of Canada and defendant, Ivy Bolero, hereby stipulate and propose the following:

WHEREAS, Sun Life served Ivy Bolero on April 11, 2019.

WHEREAS, Ivy Bolero's response to the Complaint was due on May 2, 2019.

WHEREAS, Ivy Bolero requested additional time, until June 3, 2019, to submit her response to the Complaint, and the parties submitted a stipulation for consideration by the Court to extend her response deadline accordingly.

---

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
Page No.1

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel. (415) 433-0990

1354275v.1

1     WHERAS, Ivy Bolero has now retained counsel, who seeks additional time to
2 review the matter, enter and appearance and respond on Ms. Bolero's behalf.

3     IT IS HEREBY AGREED by and between Sun Life and Ivy Bolero, subject to the
4 approval of this Court, that the deadline for Ivy Bolero to respond to the Complaint is
5 further extended to June 24, 2019.

6 Dated: June 5, 2019     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: /S/ Robert G. Engel
ROBERT G. ENGEL (WSBA No. 46932)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Email: robert.engel@wilsonelser.com

Attorneys for Plaintiff
SUN LIFE ASSUR. CO. OF CANADA

Dated: June 5, 2019     IVY BOLERO (Pro Se)

By: /S/ Ivy Bolero
13561 Onkayha Circle
Irvine, CA 92620
Telephone: (949) 375-9101
Email: ITBolero@yahoo.com

Attorneys for Defendant,
IVY BOLERO

Dated: June 13, 2019     IT IS SO ORDERED.

By the Court,

/s/ RSLasnik

Honorable Robert L. Lasnik
United States District Judge

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
Page No.2

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel. (415) 433-0990

1354275v.1